Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

ALICIA DEPAULIS, an individual,

                    Plaintiff,

vs.

CHURCHILL COUNCIL ON ALCOHOL AND
OTHER DRUGS, d.b.a. NEW FRONTIER
TREATMENT CENTER, a domestic non-profit
corporation; LANA ROBARDS, an individual;
DEBBIE RIDENOUR, an individual; DOE
BUSINESS ENTITIES 1-10; and DOE
INDIVIDUALS 1-50,

                    Defendants.

CASE NO.  3:16-cv-00675-RCJ-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

       COMES NOW Plaintiff, ALICIA DEPAULIS, and the Defendants, CHURCHILL

COUNCIL ON ALCOHOL AND OTHER DRUGS, d.b.a. NEW FRONTIER TREATMENT

CENTER, LANA ROBARDS, and DEBBIE RIDENOUR, by and through their attorneys of

record, and hereby stipulate that the above-entitled matter may be dismissed with prejudice in its

/ / /

/ / /

/ / /

/ / /

- 1 -

entirely, each party to bear their own costs and attorney's fees.

| DATED:  This 17th day of May, 2017. | DATED this 17th day of May, 2017. |
|---|---|
| The Geddes Law Firm | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **William Geddes**_ | By: _/ s / **Katherine F. Parks**_ |
| William Geddes, Esq. | Katherine F. Parks, Esq. |
| State Bar No. 6984 | State Bar No.   6227 |
| 8600 Technology Way, Suite 115 | 6590 S. McCarran Blvd, Suite B |
| Reno, Nevada  89521 | Reno, Nevada 89509 |
| (775) 853-9455 | (775) 786-2882 |
| Will@TheGeddesLawFirm.com | kfp@thorndal.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED.

DATED:  May 26, 2017

_____
UNITED STATES DISTRICT JUDGE